1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARCELINO GOMEZ-HERNANDEZ,

Defendant.

Case No.:  21CR3504-JLS

**ORDER CONTINUING SENTENCING HEARING**

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **April 1, 2022**; the hearing is **CONTINUED** to **Friday, April 15, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  March 29, 2022

Hon. Janis L. Sammartino
United States District Judge

1

21CR350